# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEDRON L. JOHNSON                                                                                          PETITIONER

v.                                         NO. 5:09CV00113 SWW

LARRY NORRIS, Director of the                                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion for leave to tender the habeas corpus petition filed by petitioner Kedron L. Johnson is denied.  His petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 is also denied, and this proceeding is dismissed.  Because his petition is a second or successive petition pursuant to 28 U.S.C. 2254, he must obtain the approval of the appropriate Court of Appeals before his petition may be filed.  Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 9th day of June, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE